RECEIVED

DEC 1 7 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EVELYN W. HANKS, ET AL | * | CIVIL NO. 6:10cv0560 |
| VERSUS | * | JUDGE DOHERTY |
| WARREN R. PHILIPS, ET AL | * | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim [rec. doc. 22] is **GRANTED IN PART AND DENIED IN PART**, and that this action is **TRANSFERRED** to the U.S. District Court for the Southern District of Florida.

Lafayette, Louisiana, this 17 day of December, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE